No. 98–1789. PHONOMETRICS, INC. v. INTERNATIONAL BUSINESS MACHINES. C. A. Fed. Cir. Certiorari denied. JUSTICE STEVENS took no part in the consideration or decision of this petition.

No. 98–1796. CONSECO ANNUITY ASSURANCE CO. v. TROSTEL ET AL. C. A. 8th Cir. Certiorari denied. JUSTICE BREYER took no part in the consideration or decision of this petition.

No. 99–143. MANUFACTURERS BANK v. AMOCO OIL CO. C. A. 7th Cir. Certiorari denied. JUSTICE BREYER took no part in the consideration or decision of this petition.

No. 99–195. A. B. CHANCE CO. v. ENFIELD, BY AND THROUGH HIS CONSERVATOR AND NATURAL MOTHER, ENFIELD. C. A. 10th Cir. Certiorari denied. JUSTICE BREYER took no part in the consideration or decision of this petition.

No. 99–5674. MACHOLL v. UNITED STATES. C. A. 9th Cir. Certiorari denied. JUSTICE BREYER took no part in the consideration or decision of this petition.

No. 98–1908. PROFESSIONAL DIVERS OF NEW ORLEANS v. WISNER. Sup. Ct. La. Motion of Halliburton Energy Services, Inc., for leave to file a brief as amicus curiae granted. Certiorari denied.

No. 98–1910. PENNSYLVANIA v. ALLEN. Sup. Ct. Pa. Motion of respondent for leave to proceed in forma pauperis granted. Certiorari denied.

No. 98–1931. CALDERON, WARDEN v. BEAN. C. A. 9th Cir. Motion of respondent for leave to proceed in forma pauperis granted. Certiorari denied.

No. 99–41. WASHINGTON v. FINCH. Sup. Ct. Wash. Motion of respondent for leave to proceed in forma pauperis granted. Certiorari denied.